# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2008

137025-26

YOLANDA CARR,
          Plaintiff-Appellant,

v

FORD MOTOR COMPANY,
          Defendant-Appellee.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 137025-26
COA: 273675, 274251
Wayne CC: 04-426910-CD

_____/

      On order of the Court, the application for leave to appeal the April 24, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2008                 _____

1215                                  Clerk